# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| Charles J. Reineck, and his wife, Jeanette J. Reineck, as Successors in Interest of the Estate of Brandon C. Reineck, Decedent,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America Department of Veterans Affairs,<br><br>Defendants. | 2:20-cv-01033-JAD-VCF<br><br>**ORDER** |

Before the court is *Charles J. Reineck and his wife, Jeanette J. Reineck, as Successors in Interest of the Estate of Brandon C. Reineck, Decedent v. United States of America Department of Veteran Affairs*, case number 2:20-cv-01033-JAD-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before December 21, 2020.

DATED this 7th day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE