**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHARLES J. REINECK, AND HIS WIFE, JEANETTE J. REINECK, AS SUCCESSORS IN INTEREST OF THE ESTATE OF BRANDON C. REINECK, DECEDENT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | 2:20-cv-01033-JAD-VCF<br><br>**ORDER** |

Before the Court are the Motion to Stay Discovery (ECF No. 22) and the proposed discovery plan and scheduling order (ECF No. 23).

Accordingly,

IT IS HEREBY ORDERED that a video conference on the Motion to Stay Discovery (ECF No. 22) and the proposed discovery plan and scheduling order (ECF No. 23) is scheduled for 10:30AM, January 25, 2021.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, January 22, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this __7__th day of January, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE