CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Charles J. Reineck, and his wife, Jeanette J. Reineck, as Successors in Interest of the Estate of Brandon C. Reineck, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America Department of Veterans Affairs,<br><br>Defendant. | Case No. 2:20-cv-01033-JAD-VCF<br><br>**Joint Stipulation & Order to Extend Time for Plaintiffs to File a Second Amended Complaint**<br><br>**(First Request)**<br><br>ECF No. 29 |

    Plaintiffs, Charles J. Reineck and his wife, Jeanette J. Reineck, acting pro se, and the United States, on behalf of the United States of America Department of Veterans Affairs, by and through counsel, hereby stipulate and jointly move the Court to extend the time for Plaintiffs to file a Second Amended Complaint by 90 days based on the following:

    1.    Plaintiffs filed their complaint on June 10, 2020 (ECF No. 1).

    2.    Plaintiffs filed an amended complaint, that the Court accepted as the operative pleading. *See* ECF No. 28 at 2.

    3.    Defendant moved to dismiss the amended complaint (ECF No. 15) and to stay discovery (ECF No. 22).

    4.    On January 25, 2021, after a hearing, the Court stayed discovery (ECF No. 26).

5. On September 13, 2021, the Court granted Defendant's motion to dismiss the amended complaint but gave Plaintiffs leave to again amend (ECF No. 28). The Court's Order provided Plaintiffs until October 13, 2021, to file a second amended complaint (ECF No. 28 at 5).

6. Since the time of the Court's September 13, 2021 Order, Plaintiffs and Defendant agree that Plaintiffs ought to be provided additional time to file their second amended complaint.

7. Accordingly, the parties request that the Court extend the time for Plaintiffs to file a second amended complaint by 90 days. Plaintiffs will file their second amended complaint on or before January 11, 2022.

Respectfully submitted this 1st day of October 2021.

/s/ Charles J. Reineck
CHARLES J. REINECK

/s/ Jeanette J. Reineck
JEANETTE J. REINECK

For *pro se* Plaintiffs

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**October 4, 2021**

2