1 | CHRISTOPHER CHIOU
Acting United States Attorney
2 | District of Nevada
Nevada Bar No. 14853
3
  | SKYLER PEARSON
4 | Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
5 | Las Vegas, Nevada 89101
(702) 388-6336
6 | skyler.pearson@usdoj.gov

7 | *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Charles J. Reineck, and his wife, Jeanette J. Reineck, as Successors in Interest of the Estate of Brandon C. Reineck, Decedent, | Case No. 2:20-cv-01033-JAD-VCF |
| --- | --- |
| Plaintiffs, | **Stipulation and Order Dismissing Case** |
| v. | ECF No. 31 |
| United States of America Department of Veterans Affairs, | |
| Defendant. | |

It is hereby stipulated by and between the Plaintiffs, Charles J. Reineck and his wife, Jeanette J. Reineck, acting *pro se*, and Defendant, the United States, on behalf of the United States of America Department of Veterans Affairs, that this lawsuit be dismissed, with

///

///

///

///

///

prejudice, with each party to bear their own fees and costs.

      Respectfully submitted this 9th day of December 2021.

/s/ *Charles J. Reineck*  
CHARLES J. REINECK

/s/ *Jeanette J. Reineck*  
JEANETTE J. REINECK

For *pro se* Plaintiffs

CHRISTOPHER CHIOU  
Acting United States Attorney

/s/  *Skyler H. Pearson*  
SKYLER H. PEARSON  
Assistant United States Attorney

### ORDER

      Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: December 13, 2021